■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE F. BURTON, JR., Appellant. [718 NYS2d 684] —Judgment unanimously affirmed. Memorandum: Defendant was not denied a fair trial by the prospective jury's brief and inadvertent viewing of defendant in shackles outside the courtroom during jury selection (*see, People v Harper*, 47 NY2d 857, 857-858; *People v Dugan*, 238 AD2d 922, 923, *lv denied* 90 NY2d 857). Contrary to defendant's contention, reversal is not required based on the question to a witness regarding uncharged criminal conduct by defendant. County Court sustained defendant's objection to the question before the witness answered it, thereby alleviating any prejudice to defendant (*see, People v Santiago*, 52 NY2d 865, 866). Defendant's remaining contention is unpreserved for our review (*see*, CPL 470.05 [2]), and we decline to exercise our power to review it as a matter of discretion in the interest of justice (*see*, CPL 470.15 [6] [a]). (Appeal from Judgment of Livingston County Court, Alonzo, J.—Rape, 2nd Degree.) Present—Pine, J. P., Hayes, Wisner and Lawton, JJ.

■■■ In the Matter of TRESHA B., Respondent, v RONALD C., Appellant. [718 NYS2d 684] —Order unanimously affirmed without costs for reasons stated at Jefferson County Family Court, Hunt, J. (Appeal from Order of Jefferson County Family Court, Hunt, J.—Paternity.) Present—Pine, J. P., Hayes, Wisner and Lawton, JJ.

■■■ In the Matter of JEREMY A. C., an Infant, Appellant. STEUBEN COUNTY ATTORNEY, Petitioner. [718 NYS2d 694] —Amended order unanimously affirmed without costs for reasons stated in decision at Steuben County Family Court, Bradstreet, J. (Appeal from Amended Order of Steuben County Family Court, Bradstreet, J.—Juvenile Delinquency.) Present—Pine, J. P., Hayes, Wisner and Lawton, JJ.